FANT, APPELLANT, *v.* BOARD OF TRUSTEES, REGIONAL TRANSIT AUTHORITY, APPELLEE.

[Cite as Fant *v.* Bd. of Trustees, Regional Transit Auth. (1990), 50 Ohio St. 3d 72.]

(No. 89-1755—Submitted February 13, 1990—Decided April 4, 1990.)

*Henry J. Fant, pro se.*

The judgment of the court of appeals is affirmed for the reason stated by that court in its journal entry: "R.C. 149.43(C) authorizes only 'attorney fees,' not compensation to *pro se* litigants."

SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., not participating.